CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

AUG 23 2016

JULIA C. DUDLEY, CLERK
BY: HMcDonald
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **JOVON DAVIS,** | ) | Civil Action No. 7:15-cv-00331 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| **STEVE CLEAR, et al.,** | ) | By: Hon. Jackson L. Kiser |
| Defendants. | ) | Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED and ORDERED**

that defendant Clear's motion to dismiss is **GRANTED**; defendant Smith's motion for summary judgment is **GRANTED**; and the action is **STRICKEN** from the active docket.

The Clerk shall send copies of this Order and the accompanying Memorandum Opinion to the parties.

ENTER: This 23rd day of August, 2016.

*/s/ Jackson L. Kiser*
Senior United States District Judge